UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ROME DIVISION

| | | |
|---|---|---|
| IN RE:  VANCE FAMBER, JR., | { | CHAPTER 13 |
| DEBTOR | { | |
| | { | CASE NO. R25-40976-BEM |
| | { | |
| | { | JUDGE ELLIS-MONRO |

## CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION, MOTION TO DISMISS CASE WITH PREJUDICE AND NOTICE OF HEARING

COMES NOW, K. Edward Safir, Chapter 13 Trustee herein, and files herewith his Objection To Confirmation And Motion To Dismiss Case with Prejudice, and as grounds shows the Court as follows:

**PLEASE TAKE NOTICE THAT A DISMISSAL OF THIS CASE WITH PREJUDICE PURSUANT TO 11 U.S.C. SECTION 109(g) WILL MEAN THAT THE DEBTOR WILL NOT BE PERMITTED TO FILE ANOTHER CASE UNDER CHAPTER 13 FOR A PERIOD OF 180 DAYS FOLLOWING THE DATE UPON WHICH THIS CASE IS DISMISSED.**

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
eds@atlch13tt.com

1.

**THE FAILURE OF THE DEBTOR TO APPEAR AT THE HEARING ON THIS MOTION TO DISMISS MAY BE CONSIDERED BY THE COURT AS EVIDENCE OF DEBTOR(S) WILLFUL FAILURE TO APPEAR BEFORE THE COURT IN PROPER PROSECUTION OF THE CASE WITHIN THE MEANING OF 11 U.S.C. SECTION 109(g) OF THE BANKRUPTCY CODE.**

## OBJECTIONS TO CONFIRMATION

1. The Debtor(s) Plan does not comply with the provisions of the Bankruptcy Code in that:

a)  The Plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d). (64 months).

b)  The Debtor has proposed to make payments directly to the Trustee but should be required to have them remitted by payroll deduction.

c)  The Debtor's Schedule I fails to accurately reflect payroll deductions; thereby preventing the Chapter 13 Trustee from determining the feasibility of the proposed plan, in violation of 11 U.S.C. Section 11 U.S.C. Section 1325 (a)(6).

d)  The Chapter 13 Plan is not feasible as the sum of the equal monthly payments to creditors is greater than the monthly plan payment. 11 U.S.C. § 1325(a)(6).

e)  The payout of the claims owed to Courtesy Finance and Farmers Furniture will extend beyond sixty (60) months, contrary to 11 U.S.C. § 1322(d).

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
eds@atlch13tt.com

f) The Debtor has filed four (4) previous bankruptcy case(s) to-wit: first case R21-41187-BEM filed September 30, 2021, dismissed April 7, 2022, second case R22-40479-BEM filed April 18, 2022, dismissed August 10, 2022, third case R22-41400-BEM filed November 11, 2022, dismissed June 6, 2023 and fourth case R23-40878-BEM filed June 16, 2023, dismissed June 16, 2025.

**MOTION TO DISMISS CASE WITH PREJUDICE**

1. The Plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d). (64 months).

2. The Debtor has proposed to make payments directly to the Trustee but should be required to have them remitted by payroll deduction.

3. The Debtor's Schedule I fails to accurately reflect payroll deductions; thereby preventing the Chapter 13 Trustee from determining the feasibility of the proposed plan, in violation of 11 U.S.C. Section 11 U.S.C. Section 1325 (a)(6).

4. The Chapter 13 Plan is not feasible as the sum of the equal monthly payments to creditors is greater than the monthly plan payment. 11 U.S.C. § 1325(a)(6).

5. The payout of the claims owed to Courtesy Finance and Farmers Furniture will extend beyond sixty (60) months, contrary to 11 U.S.C. § 1322(d).

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
eds@atlch13tt.com

3.

6. The Debtor has filed four (4) recent Chapter 13 case(s), each of which was dismissed by the Court. Said case(s) are as follows:

a) Debtor's first case R21-41187-BEM filed September 30, 2021, dismissed April 7, 2022,

b) Debtor's second case R22-40479-BEM filed April 18, 2022, dismissed August 10, 2022,

c) Debtor's third case R22-41400-BEM filed November 11, 2022, dismissed June 6, 2023 and

d) Debtor's fourth case R23-40878-BEM filed June 16, 2023, dismissed June 16, 2025.

The Debtor's conduct in this and the previous cases demonstrates that the Debtor has filed this case without any intention of properly prosecuting this case and has failed to appear before the Court in proper prosecution of this case within the meaning of 11 U.S.C. Section 109(g).

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of the Debtor's plan, and to dismiss the case pursuant to 11 U.S.C. Section 105(a) and Section 109(g), thereby rendering the Debtor ineligible from re-filing another Chapter 13 case for one hundred eighty (180) days; or, in the alternative, convert this case to one under Chapter 7.

                                                    Respectfully submitted:
                                                    _____/s_____
                                                    K. Edward Safir, Attorney
                                                   Chapter 13 Trustee
                                                   GA Bar No. 622149

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
eds@atlch13tt.com

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ROME DIVISION

| | | |
|---|---|---|
| IN RE:  VANCE FAMBER, JR., | { | CHAPTER 13 |
| | { | |
| DEBTOR | { | CASE NO. R25-40976-BEM |
| | { | |
| | { | JUDGE ELLIS-MONRO |

## NOTICE OF HEARING ON TRUSTEE'S MOTION TO DISMISS

PLEASE TAKE NOTICE that the Chapter 13 Trustee has filed a Notice of hearing on the Motion to Dismiss.

PLEASE TAKE FURTHER NOTICE that the Court will hold the hearing at **9:30 a.m. on September 17 , 2025** in **Courtroom 342, United States Courthouse, 600 East First Street, Rome, GA 30161**, which may be attended in person or via the Court's Virtual Hearing Room.  You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the Judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the Judge's webpage for further information about the hearing.  You should be prepared to appear at the hearing via

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
eds@atlch13tt.com

5.

video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

      Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, 600 East First Street, Room 339, Rome, GA 30161. You must also mail a copy of your response to the undersigned at the address stated below.

                                               Respectfully submitted,

                                               _____/s/_____
                                               K. Edward Safir, Attorney
                                               Chapter 13 Trustee
                                               GA Bar No. 622149

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
eds@atlch13tt.com

A25-40976-BEM

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing pleading using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Saeger & Associates, LLC

I further certify that on this day I caused a copy of this document to be served via first-class United States mail, postage prepaid, on the following parties at the address shown for each:

Vance Famber, Jr.

P.O. Box 6762

Dalton, GA 30722

This 25th day of August, 2025

Respectfully submitted,

 /s/
K. Edward Safir, Attorney
Chapter 13 Trustee
GA Bar No. 622149

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
eds@atlch13tt.com

7.